IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 16–05–H–DLC–1 |
| Plaintiff, | |
| vs. | ORDER |
| IAN SCOTT BARCLAY, | |
| Defendant. | |

United States Magistrate Judge Jeremiah C. Lynch entered Findings and Recommendation in this matter on September 15, 2016. Neither party objected and therefore they are not entitled to *de novo* review of the record. 28 U.S.C. § 636(b)(1); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). This Court will review the Findings and Recommendation for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000).

Judge Lynch recommended this Court accept Ian Scott Barclay's guilty plea after Barclay appeared before him pursuant to Federal Rule of Criminal Procedure 11, and entered a plea of guilty to one count of conspiring to possess with the

1

intent to distribute, and to distribute methamphetamine in violation of 21 U.S.C. §§ 841(a)(1) and 846, and one count of giving bribes in violation of 18 U.S.C. §§ 2 and 666(a)(2), all as set forth in the Superseding Information. In exchange for Defendant's pleas, the United States has agreed to dismiss Counts I-IV and Count VI of the Indictment.

I find no clear error in Judge Lynch's Findings and Recommendation (Doc. 151), and I adopt them in full, including the recommendation to defer acceptance of the Plea Agreement until sentencing when the Court will have reviewed the Plea Agreement and Presentence Investigation Report.

Accordingly, IT IS ORDERED that Ian Scott Barclay's motion to change plea (Doc. 131) is GRANTED and Ian Scott Barclay is adjudged guilty as charged in the Superseding Information.

DATED this 5th day of October, 2016.

_____
Dana L. Christensen, Chief District Judge
United States District Court