IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>IAN SCOTT BARCLAY,<br><br>Defendant. | CR 16–5–H–DLC<br><br><br><br>ORDER |

IT IS HEREBY ORDERED that the Defendant, Ian Barclay, will be released from the Cascade County Detention Center on Thursday, June 27, 2024 at 1:30 p.m., to a representative of the Recovery Centers of Montana.

DATED this 26th day of June, 2024.

_____
John Johnston
United States Magistrate Judge

1